# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **DONNY ROLAND WILLIAMS** | ) Case No: <u>CR 95-1119(A)-TJH</u> |
| | ) USM No: |
| Date of Previous Judgment: <u>March 17, 1997</u> | ) <u>Judy Rochlin, appointed</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**  ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>   168   </u> months **is reduced to** <u>140 months</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated <u>March 17, 1997</u> shall remain in effect.

**IT IS SO ORDERED.**

Order Date: <u>3/31/08</u>

Judge's signature

Effective Date: <u>March 26, 2008</u>
(if different from order date)

<u>TERRY J. HATTER, JR., U. S. DISTRICT JUDGE</u>
Printed name and title